SLIP OP. 07-30

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GREGORY W. CARMAN, JUDGE

| | | |
|---|---|---|
| INTERNATIONAL CUSTOM PRODUCTS, INC., | : | |
| Plaintiff, | : | Court No. 05-00341 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant, | : | |
| | : | |

## JUDGMENT ORDER

Whereas the Court of Appeals for the Federal Circuit reversed in part and vacated in part

the judgment of the Court of International Trade (International Custom Products v. United States,

374 F. Supp. 2d 1311 (CIT 2005)), it is hereby

**ORDERED** that U.S. Customs and Border Protection may liquidate or reliquidate, under

subheading 0405.20.30, Harmonized Tariff Schedule of the United States, at the duty rate of

$1.996/kg, plus additional safeguard duties, the entries listed in the April 18, 2005 Notice of

Action issued to plaintiff; and it is further

**ORDERED** this action be, and hereby is, dismissed.

/S/          Gregory W. Carman
                    Judge

Dated: New York, New York
       This _15th_ day of _March_, 2007.
       MARCH
       (true)